UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| BOBBY WILLIAM CANTER ) <br> ) <br> v.  ) <br> ) <br> WAYNE ANDERSON, Sheriff of Sullivan ) <br> County; MAJOR HENSLEY, Jail Adm'r; ) <br> PENNY TESTER, Med. Adm'r; DANIEL J. ) <br> PAUL, M.D.; and SGT. LIGHT, Libr. ) | NO. 2:08-CV-78 <br> *Mattice/Lee* |

## **MEMORANDUM**

This is a former inmate's *pro se* civil rights action under 42 U.S.C. § 1983. By order entered on July 31, 2009, the Court directed the Clerk to send plaintiff three service packets and ordered him to fill in the service packets and to return them to the Clerk's office within twenty (20) days. (Doc. 8). Plaintiff also was forewarned that his failure to return the completed service packets within the time required could jeopardize his prosecution of this action. *(Id.)* To this date, the Court has received no such service packets from plaintiff. Therefore, this case will be dismissed for plaintiff's failure to comply with the Court's orders and failure to prosecute. Fed. R. Civ. P. 41(b).

A separate order will enter.

**ENTER**:

/s/Harry S. Mattice, Jr.
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE